## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHRIS LAMBERT** | * | |
| **Plaintiff** | * | |
| v. | * | CIVIL NO. JKB-11-1321 |
| **LAW OFFICE OF JOE PEZZUTO** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In light of the voluntary dismissal by Plaintiff on August 9, 2011 (ECF No. 5), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 12th day of August, 2011.

BY THE COURT:

/s/
James K. Bredar
United States District Judge